**Fill in this information to identify the case:**

Debtor name    **Rodeo Roofing LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    **18-02005**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 25, 2018**      X **/s/ Brian Fleming**
Signature of individual signing on behalf of debtor

**Brian Fleming**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Rodeo Roofing LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **18-02005**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..............................................................................................   $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.........................................................................................   $     **1,163,614.52**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...........................................................................................   $     **1,163,614.52**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **1,327,584.37**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     **239,846.08**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$     **1,318,766.75**

4.   **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b   $     **2,886,197.20**

**Fill in this information to identify the case:**

Debtor name    **Rodeo Roofing LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    **18-02005**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Columbia Bank** | **Checking** | | $0.00 |
| 3.2. | **Wells Fargo (debtor in possession account)** | checking | 6692 | $25.00 |
| 3.3. | **US Bank (overdrawn)** | chekcing | | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $25.00 |

## Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **clackamas ($6,400); renton ($4008.85** | $10,408.85 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Rodeo Roofing LLC**        Case number *(If known)* **18-02005**
Name

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.        **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.            | **$10,408.85** |

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.        **Accounts receivable**

11a. 90 days old or less:

| 358,396.99 | - | 0.00 | = .... | **$358,396.99** |
| --- | --- | --- | --- | --- |
| face amount | | doubtful or uncollectible accounts | | |

12.        **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      | **$358,396.99** |

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|       **Furniture and Equipment** | $36,868.68 | Recent cost | $36,868.68 |

18-02005-FLK11   Doc 7   Filed 07/25/18   Entered 07/25/18 13:31:19   Pg 4 of 35

Debtor     **Rodeo Roofing LLC**                                    Case number *(If known)*  **18-02005**
           Name

| Equipment and Vehicles (see depreciation schedules for detail) | $0.00 | Recent cost | $709,915.00 |
|---|---|---|---|

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.

| $746,783.68 |
|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2018 Ford F350** | $85,000.00 | | $0.00 |
| 47.2.  **2004 Dodge 2500** | $21,000.00 | Recent cost | $21,000.00 |
| 47.3.  **2007 Ford F250 and 2006 Nissan Frontier purchased March 2018)** | $0.00 | Recent cost | $27,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

| $48,000.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Rodeo Roofing LLC**           Case number *(If known)* **18-02005**

Name

☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **11773 SE HWY 212 Suite 105, Clackmas OR**<br>**no net value** | Leasehold Interest | **$0.00** | | **$0.00** |
| 55.2. **4108 B Plaw NW, Suite C, Auburn WA**<br>**no net equity** | Leasehold Interest | **$0.00** | | **$0.00** |
| 55.3. **2642 Maint St., Ste A, Union Gap**<br>**no net equity** | Leasehold Interest | **$0.00** | | **$0.00** |

56.      **Total of Part 9.**                                              **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.      **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

18-02005-FLK11    Doc 7    Filed 07/25/18    Entered 07/25/18 13:31:19    Pg 6 of 35

Debtor    **Rodeo Roofing LLC**                           Case number *(If known)* **18-02005**
_____
Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$25.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$10,408.85** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$358,396.99** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$746,783.68** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$48,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,163,614.52** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,163,614.52** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Name as Shown on Return: RODEO ROOFING LLC

Identifying Number: 46-1178050

QuickZoom here to enter assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►
QuickZoom here to set MACRS convention for assets acquired in 2017 . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►

Activity: Form 1120S - Line 21

| Asset Description | Code* | Date In Service | Cost (Net of Land) | Land | Bus Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPRECIATION | | | | | | | | | | | | |
| TRAILER | | 01/13/17 | 3,638 | | 100.00 | | 1,819 | 1,819 | 7.00 | 200DB/HY | | 260 |
| 2017 F350 | L | 01/13/17 | 82,500 | | 100.00 | | 41,250 | 41,250 | 5.00 | 200DB/HY | | 8,250 |
| SURFACE PRO AND ACC | | 02/21/17 | 1,708 | | 100.00 | | 854 | 854 | 5.00 | 200DB/HY | | 171 |
| SURFACE PRO AND ACC | | 02/28/17 | 1,706 | | 100.00 | | 853 | 853 | 5.00 | 200DB/HY | | 171 |
| 2016 F250 (BLUE) | L | 05/12/17 | 55,000 | | 100.00 | | 27,500 | 27,500 | 5.00 | 200DB/HY | | 5,500 |
| 2016 F250 (SILVER) | L | 05/12/17 | 55,000 | | 100.00 | | 27,500 | 27,500 | 5.00 | 200DB/HY | | 5,500 |
| SURFACE PRO (JIM) | | 06/07/17 | 949 | | 100.00 | | 475 | 474 | 5.00 | 200DB/HY | | 95 |
| VARIMAT WELDER | | 06/20/17 | 8,435 | | 100.00 | | 4,218 | 4,217 | 7.00 | 200DB/HY | | 602 |
| WALKER WELDER/GENER | | 07/06/17 | 10,164 | | 100.00 | | 5,082 | 5,082 | 7.00 | 200DB/HY | | 726 |
| 2004 DODGE DIESEL ( | L | 07/21/17 | 21,449 | | 100.00 | | | 21,449 | 5.00 | 200DB/HY | | 4,290 |
| WALKER WELDER (USED | | 08/25/17 | 1,500 | | 100.00 | | | 1,500 | 7.00 | 200DB/HY | | 214 |
| CARGOMATE TRAILER | | 09/01/17 | 5,005 | | 100.00 | | 2,503 | 2,502 | 7.00 | 200DB/HY | | 357 |
| 2007 F250 | L | 09/08/17 | 27,395 | | 100.00 | | | 27,395 | 5.00 | 200DB/HY | | 5,479 |
| SUBTOTAL CURRENT | | | 274,449 | 0 | | 0 | 112,054 | 162,395 | | | 0 | 31,615 |
| | | | | | | | | | | | | |
| MACBOOK AIR | | 04/24/13 | 1,498 | | 100.00 | | 749 | 749 | 5.00 | 200DB/HY | 620 | 86 |
| MACBOOK PRO | | 12/31/13 | 3,076 | | 100.00 | | 1,538 | 1,538 | 5.00 | 200DB/HY | 1,272 | 177 |
| VAN | A | 02/18/14 | 1,200 | | 100.00 | 1,200 | | 0 | 5.00 | 200DB/HY | 0 | 0 |
| 2014 FORD F-250 | L | 03/13/14 | 35,971 | | 100.00 | 35,971 | 0 | 0 | 5.00 | 200DB/HY | 0 | 0 |
| VAN #2 | A | 05/30/14 | 500 | | 100.00 | 500 | | 0 | 5.00 | 200DB/HY | 0 | 0 |
| DUMP TRUCK | L | 09/04/14 | 5,000 | | 100.00 | 5,000 | | 0 | 5.00 | 200DB/HY | 0 | 0 |
| CHEVY PICKUP | L | 09/10/14 | 1,600 | | 100.00 | 1,600 | | 0 | 5.00 | 200DB/HY | 0 | 0 |
| HICKORY STORAGE SHE | | 09/20/14 | 8,046 | | 100.00 | 8,046 | | 0 | 7.00 | 200DB/HY | 0 | 0 |
| 2015 FORD F350 | L | 12/27/14 | 22,304 | | 100.00 | 22,304 | 0 | 0 | 5.00 | 200DB/HY | 0 | 0 |
| WALKER WELDER | | 03/23/15 | 6,000 | | 100.00 | | | 6,000 | 7.00 | 200DB/HY | 2,326 | 1,050 |
| FEATHERLITE TRAILER | | 05/05/15 | 40,700 | | 100.00 | | | 40,700 | 7.00 | 200DB/HY | 15,781 | 7,120 |
| GENERATOR | | 05/26/15 | 3,660 | | 100.00 | | | 3,660 | 7.00 | 200DB/HY | 1,419 | 640 |
| WORK TRUCK | L | 06/22/15 | 7,465 | | 100.00 | | | 7,465 | 5.00 | 200DB/HY | 3,882 | 1,433 |
| CONFERENCE TABLE | | 07/25/15 | 500 | | 100.00 | | | 500 | 7.00 | 200DB/HY | 194 | 87 |
| GENERATOR | | 09/09/15 | 3,660 | | 100.00 | | | 3,660 | 7.00 | 200DB/HY | 1,419 | 640 |
| GMC PICKUP | | 12/09/15 | 6,007 | | 100.00 | | | 6,007 | 5.00 | 200DB/HY | 3,123 | 1,154 |
| MACBOOK PRO | | 12/10/15 | 1,804 | | 100.00 | | | 1,804 | 5.00 | 200DB/HY | 938 | 346 |
| BLUE PRINT PRINTER | | 12/11/15 | 2,882 | | 100.00 | | | 2,882 | 5.00 | 200DB/HY | 1,498 | 554 |
| 2016 F350 | L | 04/04/16 | 60,338 | | 100.00 | | | 60,338 | 5.00 | 200DB/MQ | 15,085 | 18,101 |
| RAM PICKUP | L | 08/17/16 | 7,500 | | 100.00 | | | 7,500 | 5.00 | 200DB/MQ | 1,125 | 2,550 |
| WALKER WELDER | | 09/09/16 | 17,757 | | 100.00 | | | 17,757 | 7.00 | 200DB/MQ | 1,903 | 4,530 |

* Code: S = Sold, A = Auto, L = Listed, V = Vine with SDA in Year Planted/Grafted, C = COGS

Addenum to Sch. B Item 41

18-02005-FLK11    Doc 7    Filed 07/25/18    Entered 07/25/18 13:31:19    Pg 8 of 35

| Name as Shown on Return | Identifying Number |
|---|---|
| RODEO ROOFING LLC | 46-1178050 |

QuickZoom here to enter assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►
QuickZoom here to set MACRS convention for assets acquired in 2017 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►

Activity:  Form 1120S  - Line 21

| Asset Description | Code* | Date In Service | Cost (Net of Land) | Land | Bus Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USED TRAILER | | 09/15/16 | 3,757 | | 100.00 | | | 3,757 | 7.00 | 200DB/MQ | 403 | 958 |
| FLATBED TRAILER | | 09/20/16 | 2,100 | | 100.00 | | | 2,100 | 7.00 | 200DB/MQ | 225 | 536 |
| 2016 CARGO TRAILER | | 09/29/16 | 8,221 | | 100.00 | | | 8,221 | 7.00 | 200DB/MQ | 881 | 2,097 |
| WALKER WELDER | | 10/11/16 | 4,100 | | 100.00 | | | 4,100 | 7.00 | 200DB/MQ | 146 | 1,130 |
| CARGO TRAILER | | 10/13/16 | 5,200 | | 100.00 | | | 5,200 | 7.00 | 200DB/MQ | 186 | 1,433 |
| 2010 FORD F150 | L | 10/26/16 | 24,587 | | 100.00 | | | 24,587 | 5.00 | 200DB/MQ | 1,229 | 9,343 |
| COMPUTER SERVER | | 10/27/16 | 6,517 | | 100.00 | | | 6,517 | 5.00 | 200DB/MQ | 326 | 2,476 |
| SAFE | | 10/28/16 | 1,132 | | 100.00 | | | 1,132 | 7.00 | 200DB/MQ | 40 | 312 |
| 2017 FORD F150 | L | 11/18/16 | 43,490 | | 100.00 | | | 43,490 | 5.00 | 200DB/MQ | 2,175 | 16,526 |
| 1996 FORD F250 | L | 12/16/16 | 5,760 | | 100.00 | | | 5,760 | 5.00 | 200DB/MQ | 288 | 2,189 |
| 2015 (NEW) FORD F25 | L | 12/16/16 | 55,612 | | 100.00 | | | 55,612 | 5.00 | 200DB/MQ | 2,781 | 21,132 |
| 2001 F250 W/RACKS | L | 12/28/16 | 7,400 | | 100.00 | | | 7,400 | 5.00 | 200DB/MQ | 370 | 2,812 |
| 2002 F250 DIESEL | L | 12/28/16 | 4,900 | | 100.00 | | | 4,900 | 5.00 | 200DB/MQ | 245 | 1,862 |
| 1999 FORD F250 V10 | L | 12/28/16 | 3,500 | | 100.00 | | | 3,500 | 5.00 | 200DB/MQ | 175 | 1,330 |
| FORD F250 VAN | L | 12/28/16 | 1,722 | | 100.00 | | | 1,722 | 5.00 | 200DB/MQ | 86 | 654 |
| FORD F450 1.25 TON | L | 12/28/16 | 15,000 | | 100.00 | | | 15,000 | 5.00 | 200DB/MQ | 750 | 5,700 |
| 7X14 DUMP TRAILER | | 12/28/16 | 5,000 | | 100.00 | | | 5,000 | 7.00 | 200DB/MQ | 179 | 1,377 |
| SUBTOTAL PRIOR YE | | | 435,466 | 0 | | 74,621 | 2,287 | 358,558 | | | 61,070 | 110,335 |
| | | | | | | | | | | | | |
| TOTALS | | | 709,915 | 0 | | 74,621 | 114,341 | 520,953 | | | 61,070 | 141,950 |
| | | | | | | | | | | | | |
| AMORTIZATION | | | | | | | | | | | | |
| ORGANIZATION COSTS | | 10/12/12 | 500 | | 100.00 | | | 500 | 5.00 | | 425 | 75 |
| SUBTOTAL PRIOR YE | | | 500 | | | 0 | 0 | 500 | | | 425 | 75 |
| | | | | | | | | | | | | |
| TOTALS | | | 500 | | | 0 | 0 | 500 | | | 425 | 75 |

* Code:  S = Sold, A = Auto, L = Listed, V = Vine with SDA in Year Planted/Grafted, C = COGS

Addendum to Sch. B Item 41

18-02005-FLK11   Doc 7   Filed 07/25/18   Entered 07/25/18 13:31:19   Pg 9 of 35

7/25/18 1:19PM

**Fill in this information to identify the case:**

Debtor name  **Rodeo Roofing LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known)  **18-02005**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Ford Motor Credit**
Creditor's Name

**PO Box 542000**
**Omaha, NE 68154**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**vehicles - valued at original cost:L 2017 F350; 2016 F250 Blue: 2016 F250 Silver; 2007 F250; 2014 Ford F-250; 2015 Ford F250; 2016 F250**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: **$241,617.20**  Column B: **Unknown**

**2.2 Ford Motor Credit**
Creditor's Name

**PO Box 542000**
**Omaha, NE 68154**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**2018 Ford F250 (value is original cost)**

Describe the lien
**PMSI**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$50,000.00**  Column B: **$80,000.00**

| Debtor | **Rodeo Roofing LLC** | Case number (if know) | **18-02005** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and their relative priority.

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.3 | **GTR Source LLC** | Describe debtor's property that is subject to a lien | **$100,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**111 John Street, Ste 1210**
**New York, NY 10038**

**Factoring/Merchant Agreement - debtor belives security interest is avoidable**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/3/18**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and their relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.4 | **IRS Centralized Insolvency** | Describe debtor's property that is subject to a lien | **$480,193.17** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 21126**
**Philadelphia, PA**
**19114-0326**

**Taxes and/or other over payments owed**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**axes**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and their relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.5 | **IRS Centralized Insolvency** | Describe debtor's property that is subject to a lien | **$3,090.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 21126**
**Philadelphia, PA**
**19114-0326**

**940 Taxes and/or other over payments owed**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Rodeo Roofing LLC** | Case number (if know) | **18-02005** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**
**940**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 | **ML Factors** | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**465A Central Ave.**
**Cedarhurst, NY 11516**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/23/18**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Futures Receivables Agreement - debtor believes any alleged secured interest is avoidable**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **Solarity CU** | Describe debtor's property that is subject to a lien | $63,004.00 | $80,580.49 |
|---|---|---|---|---|

Creditor's Name

**PO Box 2922**
**Yakima, WA 98907**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Featherlit Trailer; 215 F250 (valued at original book value - loans are only in name of Flemings, but used in business**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.8 | **YES Funding** | Describe debtor's property that is subject to a lien | $139,680.00 | $0.00 |
|---|---|---|---|---|

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Rodeo Roofing LLC**                                    Case number (if know)    **18-02005**
_____                                    _____
         Name

| Creditor's Name | |
|---|---|
| **30 Broad Street, 1th Fl, St 1410** | **Factoring/Secured Merchant Agreement - debtor believes and security interset is avoidable** |
| **New York, NY 10004** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | _____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **5/18/18** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| | ■ Contingent |
| ■ No | ■ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,327,584.37**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Rodeo Roofing LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **18-02005**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**DSHS Financial Service Admin**
**PO Box 9768**
**Olympia, WA 98507-9768**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Total claim** $1,346.66  **Priority amount** $1,346.66

Date or dates debt was incurred

Basis for the claim: **Child Support collection**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
**Edward Jones**
**208 W. 9th Ave., Ste. 4**
**Ellensburg, WA 98926**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Total claim** $3,359.27  **Priority amount** $3,359.27

Date or dates debt was incurred

Basis for the claim: **Simple IRS Contributions**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

| Debtor | **Rodeo Roofing LLC** | Case number (if known) | **18-02005** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,655.52 | $4,655.52

**Employment Security Dept**
**Benefits Payment Control**
**PO Box 24928**
**Seattle, WA 98124-0928**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes and/or other over payments owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89,442.50 | $89,442.50

**State of Oregon**
**PO Bpx 14730**
**Salem, OR 97309-0464**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**withholding tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,481.18 | $23,481.18

**State of Oregon**
**PO Box 14731**
**Salem, OR 97309-0465**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,978.64 | $4,978.64

**State of Oregon**
**PO Box 14732**
**Salem, OR 97309-0466**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WBF**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

18-02005-FLK11    Doc 7    Filed 07/25/18    Entered 07/25/18 13:31:19    Pg 15 of 35

| Debtor | **Rodeo Roofing LLC** | Case number (if known) | **18-02005** |
|---|---|---|---|
| | Name | | |

**2.7** | Priority creditor's name and mailing address
**State of Oregon**
**PO Box 14733**
**Salem, OR 97309-0467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$15,218.56    $15,218.56

Date or dates debt was incurred

Basis for the claim:
**Transit Dist (Tri-Met)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.8** | Priority creditor's name and mailing address
**Wa State Dept of Revenue**
**1201 4th Avenue Suite 1400**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$32,857.84    $32,857.84

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.9** | Priority creditor's name and mailing address
**Wa. Dept of Labor & Industries**
**PO Box 44000**
**Olympia, WA 98504-4000**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$64,505.91    $64,505.91

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address
**Ahern Rentals**
**3836 NE Columbia Blvd #B**
**Portland, OR 97211-2044**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **equipment rentals**
Is the claim subject to offset? ☐ No ■ Yes

$13,597.00

**3.2** | Nonpriority creditor's name and mailing address
**All Valley Sheet Metal, Inc.**
**P.O. Box 159**
**Selah, WA 98942**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **materials**
Is the claim subject to offset? ☐ No ■ Yes

$12,660.00

| Debtor | **Rodeo Roofing LLC** | Case number (if known) | **18-02005** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,384.70 |
|---|---|---|---|

**Allied Building Products**
PO Box 101087
Pasadena, CA 91189-1087

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **materials**

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,480.09 |
|---|---|---|---|

**American Building & Roofing Supply**
14374 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **materials**

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,324.83 |
|---|---|---|---|

**Bank of America**
PO Box 982238
El Paso, TX 79998-2235

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **5224**

Basis for the claim:  **bus credit card**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.85 |
|---|---|---|---|

**BGL INC.**
6075 State Street
Salem, OR 97317

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **sanitation services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.00 |
|---|---|---|---|

**Blaze Cone Co.**
1511 SE Holgate
Portland, OR 97202

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **safety supplies**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,030.00 |
|---|---|---|---|

**Bluebook/Contractors Registery**
PO Box 500
Jefferson Valley, NY 10535

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **contact subscription**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,250.68 |
|---|---|---|---|

**Chase Card**
PO Box 15123
Wilmington, DE 19850-5123

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **0574**

Basis for the claim:  **Credit card/charge account/line of credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Rodeo Roofing LLC** | Case number (if known) | **18-02005** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Colin Graham**
PO Box 835
Hillsboro, OR 97123

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __web design services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,475.47 |
|---|---|---|---|

**Columbia Green Technologies Inc**
79 SE Taylor
Portland, OR 97214

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __materials__

Is the claim subject to offset? ☐ No ■ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,530.00 |
|---|---|---|---|

**Contech Services INC**
P.O. Box 84886
Seattle, WA 98124

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __materials__

Is the claim subject to offset? ☐ No ■ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,392.02 |
|---|---|---|---|

**Contractor Supply Inc**
PO Box 42
Oregon City, OR 97045

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __small tools__

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $509,604.09 |
|---|---|---|---|

**Convoy Supply**
508 204th Street
Lynwood, WA 98036

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __materials__

Is the claim subject to offset? ☐ No ■ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,696.76 |
|---|---|---|---|

**Custom-Bilt Metals**
PO Box 733870
Dallas, TX 75373-3870

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __materials__

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,166.73 |
|---|---|---|---|

**Dealer's Supply**
2345 NW Nicolai St
Portland, OR 97210

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __materials__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rodeo Roofing LLC** | Case number (if known) | **18-02005** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address

**Department of Labor & Industries**
PO Box 44835
Olympia, WA 98504-4835

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __annual fee__

Is the claim subject to offset? ☑ No  ☐ Yes

**$40.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**DOSH Cashier - L&I**
PO Box 34974
Olympia, WA 98124-1974

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __fine/penalty__

Is the claim subject to offset? ☑ No  ☐ Yes

**$5,400.00**

---

**3.19** | Nonpriority creditor's name and mailing address

**East County Sheet Metal**
8710 SE 76th Dr
Portland, OR 97206

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __materials__

Is the claim subject to offset? ☑ No  ☐ Yes

**$15,889.90**

---

**3.20** | Nonpriority creditor's name and mailing address

**Home Depot**
PO Box 78047
Phoenix, AZ 85062-8047

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __materials__

Is the claim subject to offset? ☑ No  ☐ Yes

**$18,142.96**

---

**3.21** | Nonpriority creditor's name and mailing address

**InterMountain Supply**
14374 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __materials__

Is the claim subject to offset? ☑ No  ☐ Yes

**$19,437.80**

---

**3.22** | Nonpriority creditor's name and mailing address

**Kittitas County Solid Waste**
925 Industrial Way
Ellensburg, WA 98926

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __waste disposal__

Is the claim subject to offset? ☑ No  ☐ Yes

**$693.07**

---

**3.23** | Nonpriority creditor's name and mailing address

**Knudson Lumber**
1791 Vantage Hwy
Ellensburg, WA 98926

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __materials__

Is the claim subject to offset? ☑ No  ☐ Yes

**$4,740.25**

---

| Debtor | **Rodeo Roofing LLC** | Case number *(if known)* | **18-02005** |
|---|---|---|---|
| | Name | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.62** |
|---|---|---|---|

**Larry Wilson***
813 R St NW
Auburn, WA 98001

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>expense reimbursement</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$283,000.00** |
|---|---|---|---|

**Leon Wilson**
204 EDELEN St.
Vine Grove, KY 40175

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>Personal loans</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,330.00** |
|---|---|---|---|

**Livengood Custom Metal Fab LLC**
PO Box 224
Clackamas, OR 97015

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>materials</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,936.00** |
|---|---|---|---|

**Old Town Mini Storage**
PO Box 3359
Union Gap, WA 98903

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>back rent owed</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$310.52** |
|---|---|---|---|

**Puget Sound Energy**
PO Box 91269
Bellevue, WA 98009-9269

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>auburn utilities</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,551.68** |
|---|---|---|---|

**Regence Blueshield**
PO Box 2597
Portland, OR 97208-2597

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>old washington health ins.</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Republic Services Trash**
P.O. Box 78829
Phoenix, AZ 85062-8829

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>waste dispoal</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Rodeo Roofing LLC**
_____
Name

Case number *(if known)*  **18-02005**

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,307.61 |

**Scott Hookland LLP**
**9185 SW Burnham St**
**Tigard, OR 97223**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __attorney services__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,677.58 |

**SMART**
**1771 South Jackson St.**
**Seattle, WA 98144**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,686.65 |

**Steve Garlock**
**13483 SE Johnson Rd**
**Portland, OR 97222**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __equipment repair__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,976.97 |

**Taylor Metal Products**
**4566 Ridge Dr NE**
**Salem, OR 97301**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __materials__

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.52 |

**Triangle Fastener Corporation**
**8459 South 208th Street**
**Kent, WA 98031**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __materials__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,000.00 |

**US Bank Card Member Services**
**PO Box 6335**
**Fargo, ND 58125-6335**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __multiple employee credit cards__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,237.60 |

**Vaughn Environmental Inc**
**P.O. Box 879**
**Newberg, OR 97132**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __subcontractor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Rodeo Roofing LLC** | Case number (if known) | **18-02005** |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,709.21 |
|---|---|---|---|

**Waste Management/vendor**
P.O. Box 541065
Los Angeles, CA 90054-1065

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __waste disposal__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,448.19 |
|---|---|---|---|

**Western Materials**
PO Box 430
Yakima, WA 98907-0430

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __materials__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |
|---|---|---|---|

**WEX**
PO Box 4337
Carol Stream, IL 60197-4337

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __fuel__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,563.10 |
|---|---|---|---|

**Woodfeathers Inc**
14374 Collections Center Drive
Chicago, IL 60693

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __materials__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,280.30 |
|---|---|---|---|

**Yakima Automotive**
1 S 12th Ave
Yakima, WA 98902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __vehicle repairs__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 239,846.08 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,318,766.75 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 1,558,612.83 |

---

Fill in this information to identify the case:

Debtor name **Rodeo Roofing LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **18-02005**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **2642 Main St., Ste. A, Union Gap 98903 Term: 1/1/18 - 12/31/2022 Monthly rent $1750.00/mo** | |
| | State the term remaining | | **An Old Town Mini STorage LLC PO Box 3359 Yakima, WA 98903** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **commercial lease of 11773 SE HWY 212 Suite 105, Clackamas OR commenced 7/11/18 - ends 6/30/21 (but states that it is a 60 month lease)** **monthly base rent: $4,700.00** | |
| | State the term remaining | | **Emmert Development Company 11811 SE Highway 212 Clackamas, OR 97015** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **4108 B Place NW, Ste C, Auburn, WA  98001 triple net lease/ base monthly rent $3,203.85/mo commencment date: 11/1/17 - 10/31/20** | |
| | State the term remaining | | **The Andover Company, Inc./ B & D Ve 900 SW 16th Street, Ste 100 Renton, WA 98057** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Rodeo Roofing LLC**                                Case number *(if known)*    **18-02005**
_____                    _____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

18-02005-FLK11      Doc 7      Filed 07/25/18      Entered 07/25/18 13:31:19      Pg 24 of 35

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Rodeo Roofing LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF WASHINGTON</td></tr>
<tr><td>Case number <em>(if known)</em></td><td><strong>18-02005</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brian Fleming** | guarantor on the factoring agreements | **GTR Source LLC** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Brian Fleming** | guarantor on the factoring agreements | **ML Factors** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Brian Fleming** | guarantor on the factoring agreements | **YES Funding** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Pamela Fleming** | acct 0574 | **Chase Card** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Rodeo Roofing LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **18-02005**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ☐ Operating a business ■ Other  **Operating a Business through 7/23/18** | **$2,903,763.31** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other | **$5,823,307.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other | **$3,746,244.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor     **Rodeo Roofing LLC**          Case number *(if known)* **18-02005**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    to be provided | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    to be provided | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    Rodeo Roofing LLC v. Commercial Roofing Solutions<br>17CV13597 | computer fraud, trade secrets misappropriation and related claims | Clackamas Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **see SOF item 7 re: lawsuit v. Commercial Roofing Solutions** | **$0.00 received to date** | **3/2017** | **$1,000,000.00** |

---

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**

    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kimel Law Offices**<br>**205 N. 40th Ave., Suite 205**<br>**Yakima, WA 98908** | **Attorney Fees** | **7/13/18** | **$10,000.00** |
| | Email or website address<br>**mkimel@mkimellaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

18-02005-FLK11    Doc 7    Filed 07/25/18    Entered 07/25/18 13:31:19    Pg 28 of 35

| Debtor | Rodeo Roofing LLC | | Case number *(if known)* 18-02005 |
|---|---|---|---|

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | US Bank CB Disputes PO Box 108 Saint Louis, MO 63166 | XXXX- | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 9/17 as a result of fraudulent charges; new account opened at US Bank | Unknown |

**19. Safe deposit boxes**

Debtor    **Rodeo Roofing LLC**      Case number *(if known)* **18-02005**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

18-02005-FLK11    Doc 7    Filed 07/25/18    Entered 07/25/18 13:31:19    Pg 30 of 35

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Ty Buchanan** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐  No
    ☑  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | to be provided | | | |
| | Relationship to debtor | | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑  No
    ☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑  No
    ☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 25, 2018**

**/s/ Brian Fleming**                                    **Brian Fleming**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Rodeo Roofing LLC**      Case No.    **18-02005**

Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 20,000.00 |
| Prior to the filing of this statement I have received | $ 10,000.00 |
| Balance Due | $ 10,000.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
       **Fees received are advance against fees retainer. Fee agreement provides that services are to be billed on an hourly basis with a rate of $255.00/hr plus costs.**
       **Agrement contains an evergreen provision that Debtor will deposit an additional $4,000.00 to IOLTA to assure payment.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 25, 2018**          **/s/ Metiner G. Kimel**
*Date*          **Metiner G. Kimel**
         *Signature of Attorney*
         **Kimel Law Offices**
         **205 N. 40th Ave., Suite 205**
         **Yakima, WA 98908**
         **(509) 452-1115  Fax: (509) 965-5860**
         **mkimel@mkimellaw.com**
         *Name of law firm*

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Rodeo Roofing LLC**       Case No.   **18-02005**

Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Fleming** | **50% membership interest** | | |
| **Pamela Fleming** | **50% membership interest** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 25, 2018**       Signature   **/s/ Brian Fleming**

                                                    **Brian Fleming**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Washington

In re __Rodeo Roofing LLC__          Case No. __18-02005__

Debtor(s)          Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __July 25, 2018__          __/s/ Brian Fleming__

**Brian Fleming**/President
Signer/Title